THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Quincey Chandler, Appellant.
 
 
 

Appeal From Aiken County
 Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No.  2005-UP-386
Submitted June 1, 2005  Filed June 14, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart , Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Quincey Chandler appeals his guilty plea to one count of distribution of crack cocaine, arguing the trial judge failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969), in accepting the plea.  After a thorough review of the record and the counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Chandlers appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.[1]
ANDERSON, STILWELL and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.